UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

US HEALTH PHARMACEUTICALS
D/B/A MEDS DIRECT; GREATER LAKES
AMBULATORY SURGICAL CENTER,
LLC; and TOX TESTING, INC. D/B/A
PARAGON DIAGNOSTICS,

                     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ALLSTATE
PROPERTY AND CASUALTY
INSURANCE COMPANY;
ESURANCE INSURANCE
COMPANY; ESURANCE PROPERTY
AND CASUALTY INSURANCE
COMPANY; and ENCOMPASS
INSURANCE COMPANY,

                     Defendants.

C.A. No. 2:20-cv-10348-PDB-DRG

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and

between plaintiffs US Health Pharmaceuticals d/b/a Meds Direct ("Meds Direct"),

Greater Lakes Ambulatory Surgical Center, LLC ("GLASC"), and Tox Testing, Inc.

d/b/a Paragon Diagnostics ("Tox Testing") (collectively, the "Angelo plaintiffs")

and defendants Allstate Insurance Company, Allstate Fire and Casualty Insurance

Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, Esurance Property and Casualty Insurance Company, and Encompass Insurance Company (collectively, "Allstate"), by and through their undersigned counsel, that the plaintiffs' Complaint (*ECF No. 1*) be dismissed with prejudice without costs or fees of any kind to any party.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 20th DAY OF NOVEMBER, 2020:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, Esurance Property and Casualty Insurance Company, and Encompass Insurance Company,* | *US Health Pharmaceuticals d/b/a Meds Direct, Greater Lakes Ambulatory Surgical Center, LLC, and Tox Testing, Inc. d/b/a Paragon Diagnostics,* |
| By their Attorneys, | By their Attorneys, |
| */s/ Jacquelyn A. McEttrick* _____ Richard D. King, Jr. Nathan A. Tilden (P76969) Jacquelyn A. McEttrick Andrew H. DeNinno SMITH & BRINK 38777 Six Mile Road, Suite 314 Livonia, MI 48152 350 Granite St., Suite 2204 Braintree, MA 02184 (617) 770-2214 | */s/ Shereef H. Akeel* _____ Shereef H. Akeel (P54345) Adam S. Akeel (P81328) AKEEL & VALENTINE, PLC 888 West Big Beaver Road, Suite 420 Troy, MI 48084 (248) 269 9595 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

US HEALTH PHARMACEUTICALS
D/B/A MEDS DIRECT; GREATER LAKES
AMBULATORY SURGICAL CENTER,
LLC; and TOX TESTING, INC. D/B/A
PARAGON DIAGNOSTICS,

               Plaintiffs,       C.A. No. 2:20-cv-10348- SFC-APP

v.

ALLSTATE INSURANCE COMPANY;
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY; ALLSTATE
PROPERTY AND CASUALTY
INSURANCE COMPANY;
ESURANCE INSURANCE
COMPANY; ESURANCE PROPERTY
AND CASUALTY INSURANCE
COMPANY; and ENCOMPASS
INSURANCE COMPANY,

               Defendants.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon stipulation of the parties, and

the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against

defendants Allstate Insurance Company, Allstate Fire and Casualty Insurance

Company, Allstate Property and Casualty Insurance Company, Esurance Insurance

Company, Esurance Property and Casualty Insurance Company, and Encompass Insurance Company (collectively, "Allstate") are hereby dismissed with prejudice and without costs to any party.

    IT IS SO ORDERED.

Dated: November 20, 2020          s/Paul D. Borman
                                  HON. PAUL D. BORMAN
                                  United States District Judge